**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 16-6008**

---

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

EMANUEL SAMMY BANKS,

        Defendant - Appellant.

---

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling. Frederick P. Stamp, Jr., Senior District Judge. (5:13-cr-00037-FPS-JES-1)

---

Submitted: March 29, 2016         Decided: April 1, 2016

---

Before GREGORY and DUNCAN, Circuit Judges, and DAVIS, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Emanuel Banks, Appellant Pro Se. William J. Ihlenfeld, II, OFFICE OF THE UNITED STATES ATTORNEY, Wheeling, West Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Emanuel Sammy Banks appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction pursuant to Sentencing Guidelines Amendment 782. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Banks, No. 5:13-cr-00037-FPS-JES-1 (N.D.W. Va. Dec. 22, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2